## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

SHIRLEY D. WEBSTER, *et al*.,

   *Plaintiffs,*

 vs.

               Case No. 21-1246-EFM

DICK DURBIN, SENATOR*, et al.,*

   *Defendants.*

## MEMORANDUM AND ORDER

On February 16, 2022, the Court dismissed the present action and gave notice to Plaintiffs of proposed restrictions on their ability to file pleadings in the U.S. District Court for the District of Kansas. (Doc. 27).  The Order directed Plaintiffs to file any objections to the proposed restrictions within 14 days.

Since that time Plaintiffs Wickham and Garrett have filed three Objections (Docs. 29, 31, 32). All the Objections simply repeat allegations that the Court has expressly denied on the merits.  Far from showing why filing restrictions should not be imposed, the frivolous Objections simply confirm their necessity.

**IT IS THEREFORE ORDERED** that the restrictions set forth in the Order of February 16, 2022 (Doc. 27) are hereby in effect, and the Clerk of the Court is directed to review future submissions by Plaintiffs consistent with the provisions of that Order.

**IT IS SO ORDERED**.

Dated this 4th day of March, 2022.


ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE